United States District Court
Southern District of Texas

**ENTERED**

July 20, 2026

Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION**

| | | |
|---|---|---|
| OLEKSII V., | § | |
| "Petitioner," | § | |
| | § | |
| v. | § | Civil Action No. 1:26-cv-00012 |
| | § | |
| KRISTI NOEM, *et al.*, *in their official* | § | |
| *capacities,* | § | |
| "Respondents." | § | |

## ORDER

Before the Court is Petitioner's "Petition for a Writ of Habeas Corpus" (Dkt. No. 13) ("Petition"), Respondents' "Response to Petition for Writ of Habeas Corpus, Motion to Dismiss or Alternatively, Motion for Summary Judgment" (Dkt. No. 20) ("MTD"), and the Magistrate Judge's "Report and Recommendation to Grant Petitioner's Habeas Petition" (Dkt. No. 31) ("R&R").

The R&R recommends that the Court (1) grant the Petition (Dkt. No. 1), (2) deny the MTD (Dkt. No. 20), (3) deny Petitioner's various Motions (Dkt. Nos. 14, 20, 27, 29) as moot, (4) order Respondents to release Petitioner subject to supervision and provide a status report verifying such release, and (5) direct the Clerk of Court to close the case once that status update has been provided to the Court. Dkt. No. 31 at 1.

The R&R was published and sent to Petitioner by certified mail on June 30, 2026. Dkt. Nos. 31 & 32. Plaintiff received the R&R on July 3, 2026, *see* Dkt. No. 32, and objections to the R&R were due July 17, 2026. No objections were filed. If there have been no objections to the magistrate's ruling, the Court reviews the magistrate judge's conclusions for clear error. *See Guillory v. PPG Indus.*, 434 F.3d 303, 308 (5th Cir. 2005).

Finding no clear error, abuse of discretion, or finding contrary to law, the R&R (Dkt. No. 31) is **ADOPTED**. The Petition (Dkt. No. 13) is **GRANTED** and the MTD (Dkt. No. 20) is **DENIED**.

Petitioner's pending Motions (Dkt Nos. 14, 20, 27, 29) are all **DENIED as moot**. Respondents are **ORDERED** to release Petitioner subject to supervision and provide a status report verifying such release.

SIGNED this July 20, 2026

Rolando Olvera
United States District Judge